IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENN A. DEFREITAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY | : | No. 08-5330 |
| CORRECTIONAL FACILITY, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 18th day of July, 2012, upon consideration of Plaintiff's Motion for Partial Summary Judgment Against Defendants Montgomery County and Montgomery County Correctional Facility (Doc. No. 58) and all responses and replies thereto and upon consideration of Defendant's, Correctional Medical Care, Inc., Motion for Summary Judgment (Doc. No. 59) and Defendants', Montgomery County, Montgomery County Correctional Facility, Motion for Summary Judgment (Doc. No. 61) and all responses and replies thereto, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment Against Defendants Montgomery County and Montgomery County Correctional Facility (Doc. No. 58) is **DENIED**;

2. Defendant's Correctional Medical Care, Inc., Motion for Summary Judgment (Doc. No. 59) is **GRANTED**; and

3. Defendants', Montgomery County, Montgomery County Correctional Facility, Motion for Summary Judgment (Doc. No. 61) is **GRANTED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.